UNITED STATES of America ex rel. William V. RYAN, and William V. Ryan in his own Behalf, v. W. S. BRODERICK et al.

No. 3211.

Circuit Court of Appeals, Tenth Circuit.

Sept. 5, 1945.

Ratner & Allen, of Wichita, Kan., and A. J. Herrod, of Kansas City, Kan., for appellants.

W. F. Lilleston, of Wichita, Kan., N. E. Snyder, of Kansas City, Kan., Brooks & Fleeson, of Wichita, Kan., and Anthony F. Zarlengo, of Denver, Colo., for appellees.

Before PHILLIPS and MURRAH, Circuit Judges.

PER CURIAM.

Docketed and dismissed on motions of appellees for failure diligently to prosecute.